IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SCOTT SIMS,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>AUDREY KING, Acting Executive Director,<br><br>　　　　　　　　　Respondent. | **Case No. 1:10-cv-02287 MJS (HC)**<br><br>**ORDER REGARDING MOTION FOR STATUS**<br><br>(Doc. 20) |

　　　　On September 19, 2012, Petitioner filed a motion inquiring as to the status of the present action.

　　　　The Court filed an order regarding the petition for writ of habeas corpus on July 30, 2013. Petitioner filed a response to the order on August 12, 2013. The Court is presently addressing the merits of Petitioner's claims, and an order will issue shortly.

/////
/////
/////
/////
/////

1

1 By way of this response, the order requesting the status of the petition is
2 GRANTED.

IT IS SO ORDERED.

Dated:   August 27, 2013          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE